NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JOE SEEPHIS HARDIE,                )
                                   )
            Appellant,             )
                                   )
v.                                 )      Case No.  2D17-3350
                                   )
STATE OF FLORIDA,                  )
                                   )
            Appellee.              )
_____)

Opinion filed May 11, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Polk County; Neil A. Roddenbery,
Judge.

Joe Seephis Hardie, pro se.


PER CURIAM.


            Affirmed.



CRENSHAW, LUCAS, and SALARIO, JJ., Concur.